KORBER & COMPANY, INC., DEMANDANTES Y APELADOS, *v.* ABOY, VIDAL & CÍA., DEMANDADOS Y APELANTES.

APELACIÓN procedente de la Corte de Distrito de San Juan, Sección 1ª., en pleito sobre daños y perjuicios.

MOCIÓN de desestimación de apelación.

No. 1862.—Resuelto en junio 18, 1918.

DESESTIMACIÓN DE APELACIÓN—EXCEPCIÓN DE LA REGLA 58—DEBER DEL APELANTE.—En el presente caso los apelantes no han caído claramente dentro de la excepción de la regla 58 de esta corte, puesto que fueron notificados de la moción solicitando la desestimación de la apelación antes de radicar la transcripción. Los recurrentes no apelan, según el récord, a la discreción de la corte, pero en la vista del caso llamaron la atención sobre el fallecimiento del abogado primitivo, como excusa. Aún en circunstancias semejantes es el deber de un apelante hacer aparecer de los autos el que la muerte o enfermedad del abogado impidió la radicación de los autos.

CUESTIONES NO SUGERIDAS POR EL APELANTE.—Toda vez que el apelante no sugiere cuestión alguna de derecho o de procedimiento revisable en apelación, y puesto que parece que el caso gira sobre los hechos del mismo, debe prevalecer la moción de desestimación.

Los hechos están expresados en la opinión.

Abogado de los apelantes: *Sr. M. Benítez Flores.*

Abogado de los apelados: *Sr. Henry G. Molina.*

EL JUEZ ASOCIADO SR. WOLF, emitió la opinión del tribunal.

Se ha formulado oposición a una moción para que se desestime la apelación por el fundamento de que la transcripción de autos se radicó antes de la moción. Aparece haberse notificado la moción de desestimación a los apelan-

tes cuatro días antes de radicarse la transcripción de autos, la que se recibió en secretaría el día 28 de mayo a las 4.05 P. M.   La moción se radicó el mismo día a las 4.30 P. M. El *affidavit* presentado por los apelados una vez servida la moción revela además que cuando el día 24 de mayo se presentó la moción de desestimación al abogado de los apelantes dijo éste que vendría a ver al abogado de los apelados referente a la misma.   La regla 58 de esta corte reza como sigue:

"Si la copia de los autos, no fuere presentada dentro del término prescrito, puede desestimarse la apelación al hacerse una moción en tal sentido previa notificación de la misma.   Si la copia de los autos, ha sido presentada a la fecha en que se haga tal notificación, este hecho constituirá una contestación eficaz a la referida·moción aún en el caso de que dicha copia no se hubiere presentado dentro del término prescrito."

Por lo tanto los apelantes no han caído claramente dentro de la excepción puesto que fueron notificados de la moción antes de radicar la transcripción.

Los recurrentes no apelan, según el récord, a la discreción de la corte, pero en la vista del caso llamaron la atención sobre el fallecimiento del abogado primitivo como excusa.   Aún en circunstancias semejantes es el deber de un apelante hacer aparecer de los autos el que la muerte o enfermedad del abogado impidió la radicación de los autos. El abogado de ahora ha podido tener el caso en su poder por algún tiempo.   Aún más, aparece que no se ha elevado con la transcripción de autos ninguna exposición del caso, a pesar de que se ofreció en la corte de distrito.   Por tanto, puesto que el apelante no sugiere cuestión alguna de derecho o de procedimiento revisable en apelación, y puesto que parece que el caso gira sobre los hechos del mismo, debe prevalecer la moción de desestimación.   Y al hacer esto debemos tener menos vacilación puesto que la moción de desestimación se radicó sólo pocos momentos después de archivarse la transcripción, y el abogado de los apelantes

había ofrecido verse con el abogado de los apelados referente al asunto cuando se le sirvió la moción cuatro días antes.

Debe desestimarse la apelación.

> *Desestimada la apelación.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados del Toro, Aldrey y Hutchison.